**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALLWYN JOURDAN,

      Plaintiff,

  v.   Case No. 1:18-cv-23561-KMM

ALLSTATE INSURANCE COMPANY, a Foreign Illinois Registered Corporation, and CONRADO YERO, INC., a Florida for Profit Corporation,

      Defendants.

**DEFENDANT ALLSTATE INSURANCE COMPANY'S NOTICE OF STRIKING EXHIBIT A AND AMENDED EXHIBIT A TO NOTICE OF REMOVAL**

Defendant Allstate Insurance Company ("Allstate"), by and through the undersigned counsel and pursuant to this Court's Local Rules and the Clerk's Notice to Filer of September 10, 2018 [Dkt. 10], hereby submits notice that it strikes the following filings:

    1.    Exhibit A to Allstate's Notice of Removal, [Dkt. 1-2], which contains confidential information belonging to Allstate that should not be made public record but was inadvertently included along with the original Notice of Removal filing; and

    2.    Amended Exhibit A, [Dkt. 9], which was submitted to correct the erroneously filed Exhibit A, [Dkt. 1-2], but without a proper case caption or notice of filing.

Allstate hereby requests that the Clerk strike the above documents from the record in this case. Allstate will be re-filing the correct version of Exhibit A pursuant to the Clerk's instruction following its submission of this Notice of Striking.

<table>
<tr><td>Dated: September 12, 2018</td><td>Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>*/s/ Salomon Laguerre*<br>Salomon Laguerre<br>Florida Bar No. 092470<br>slguerre@seyfarth.com<br>1075 Peachtree St. NE, Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br><br>*Counsel for Defendant*<br>*Allstate Insurance Company*</td></tr>
</table>

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| ALLWYN JOURDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, a Foreign Illinois Registered Corporation, and CONRADO YERO, INC., a Florida for Profit Corporation,<br><br>    Defendants. | Case No. 1:18-cv-23561-KMM |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I electronically filed the foregoing document and that it is available for viewing and downloading form the Court's CM/ECF system, and that the participants in this case that are registered CM/ECF users, including counsel of record for Plaintiff Allwyn Jordan and counsel of record for Defendant Conrado Yero, Inc., will be served electronically by the CM/ECF system.

*/s/ Salomon Laguerre*
Salomon Laguerre
